UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20298-CR-SEITZ

UNITED STATES OF AMERICA,

v.

BAKTASH FATTAHI,
_____/

## ORDER AFFIRMING REPORT & RECOMMENDATION

This matter is before the Court on the Report and Recommendation (R&R) of the Honorable Peter R. Palermo recommending that the CJA Voucher of Roy J. Kahn, Esq. for fees and expenses in the amount of $29,974.64 be paid in full. The Court has reviewed Judge Palermo's R&R and does not expect any objections to be filed. Therefore based on a *de novo* review of the evidence presented, it is hereby

ORDERED that the above-mentioned Report and Recommendation of Magistrate Judge Palermo be AFFIRMED, and made the Order of the District Court, as follows: Mr. Kahn shall be paid **$29,974.64** as fair compensation for his work on this case.

DONE AND ORDERED in Miami, Florida this 5th day of November, 2010.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Peter R. Palermo
Roy Kahn, Esq.
Lucy Lara, CJA Administrator